United States Court of Appeals
of the Third Circuit

Fateen Groce
  Plaintiff

v.

Detective McGoldrick, et al.
  Defendant

No. 24-2339



Motion to expand
the record

Plaintiff request for Motion to expand the record with evidence that the Plaintiff would like to present to the Court from case No. MC-51-CR-0019438-2019. Plaintiff request to the U.S. Marshals was merely ambiguous and would like to utilize the evidence in possession of the Public Defenders Association.

9-17-24

## Proof of Service

I, Fateen Groce, hereby certify that I have, this day, sent a true and correct copy of the foregoing document to the parties listed below, by way of first-class U.S. Mail. As a *pro se* filing from a prisoner, this document must be back-dated to the date when it was given to prison authorities for mailing. See Smith v. Pennsylvania Bd. of Probation and Parole, 683 A.2d 278, 281, 546 Pa. 115 (Pa. 1996) adopting Houston v. Lack, 487 U.S. 266, 270-71, 108 S.Ct. 2379, 2382, 101 L.Ed.2d 245, 251-52 (1988) ("In Houston, the United States Supreme Court deemed an appeal by a pro se prisoner to be filed when it was given to prison authorities for mailing, and thus, essentially adopted a "prisoner mailbox" rule. * * * While the United States Supreme Court was interpreting a Federal Rule of Appellate Procedure, we believe that the observations and concerns voiced by the Court in Houston are equally applicable to pro se prisoners in our Commonwealth. The pro se prisoner's state of incarceration prohibits him from directly filing an appeal with the appellate court and prohibits any monitoring of the filing process. Therefore, we now hold that in the interest of fairness, a pro se prisoner's appeal shall be deemed to be filed on the date that he delivers the appeal to prison authorities and/or places his notice of appeal in the institutional mailbox. We warn, however, that this holding applies only to pro se petitioners who are incarcerated.").

Respectfully submitted,

Name: Fateen Groce
DOC#: QN0435

Date: 9-17-24

Smart Communications/PADOC

SCI- Huntingdon

Name Fateen Groce

Number QN0425

PO Box 33028

St Petersburg FL 33733

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

United States Court of Appeals
Clerk of the Court
21400 U.S. Courthouse
601 Market street
Philadelphia, Pa. 19106

RECEIVED
SEP 27 2024
U.S.C.A. 3rd. CIR